**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2311**

_____

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,

Plaintiff - Appellee,

and

PENN MORTGAGE COMPANY, INC.,

Defendant - Appellee,

v.

EDWARD S. FELDMAN,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, Senior District Judge. (1:14-cv-03670-WMN)

_____

Submitted: April 29, 2016                    Decided: May 6, 2016

_____

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward S. Feldman, Appellant Pro Se. Brian A. Coleman, DRINKER BIDDLE & REATH, LLP, Washington, D.C., Stephen R. Harris, DRINKER, BIDDLE & REATH, Philadelphia, Pennsylvania; Jerrold A. Thrope, GORDON FEINBLATT LLC, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward S. Feldman appeals the district court's order granting judgment on the pleadings to Penn Mortgage Company, Inc., in Connecticut General Life Insurance Company's interpleader action and dismissing his counterclaims and cross-claims for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Conn. Gen. Life Ins. Co. v. Feldman, No. 1:14-cv-03670-WMN (D. Md. July 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3